USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SANJAY SOOKUL, on behalf of himself and all others similarly situated,

                      Plaintiff,

        -against-                      23-CV-7277 (VEC)

                                    ORDER OF TRANSFER

PRINT SYNDICATE, INC.,

                      Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 16, 2023, Plaintiff filed a complaint against Defendant in the Southern District of New York, Dkt. 1;

      WHEREAS a civil action may be brought in "a judicial district in which any defendant resides," or where "a substantial part of the events or omissions giving rise to the claim occurred," 28 U.S.C. § 1391(b);

      WHEREAS Plaintiff alleges that he is a resident of Elmont, New York; *see* Dkt. 1 ¶ 15;

      WHEREAS Plaintiff alleges that Defendant resides in Ohio;

      WHEREAS venue appears improper in the Southern District of New York based on the face of the Complaint;

      WHEREAS on August 21, 2023, the Court ordered Plaintiff to show cause by no later than September 1, 2023, why venue in this district is proper or, alternatively, why the case should not be transferred to the Eastern District of New York, *see* Order, Dkt. 5; and

      WHEREAS Plaintiff has failed to respond to the Order and the deadline for Plaintiff to respond has elapsed.

IT IS HEREBY ORDERED that this case is TRANSFERRED to the Eastern District of New York.

**SO ORDERED.**

Date: September 6, 2023
New York, New York

**VALERIE CAPRONI**
**United States District Judge**